395 A.2d 992

Miller, Appellant, v. Booher et al.

Argued September 11, 1978. Stephen D. Tompkins, with him Daniel A. Bancroft, for appellant; No appearance entered nor brief submitted for appellees.

Before CERCONE, SPAETH and LIPEZ, JJ.

OPINION PER CURIAM: Order awarding custody affirmed and case remanded for hearing on petition for visitation.